# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| MIDWEST AMERICA FEDERAL CREDIT UNION, *on behalf of itself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ARBY'S RESTAURANT GROUP, INC.,<br><br>Defendant | CIVIL ACTION NO.<br>1:17-CV-514-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated:  April 21, 2017          **ROBERTS LAW FIRM, P.A.**

By /s/ Michael L. Roberts
Michael L. Roberts (AR #90125)
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Certificate of Compliance was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less of 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted, this 21st day of April, 2017.

**ROBERTS LAW FIRM, P.A.**

By /s/ Michael L. Roberts
  Michael L. Roberts (AR #90125)
  20 Rahling Circle
  Little Rock, AR 72223
  (501) 821-5575
  mikeroberts@robertslawfirm.us

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing Certificate of Compliance with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  April 21, 2017          **ROBERTS LAW FIRM, P.A.**

By /s/ Michael L. Roberts
    Michael L. Roberts (AR #90125)
    20 Rahling Circle
    Little Rock, AR 72223
    (501) 821-5575
    mikeroberts@robertslawfirm.us

**ATTORNEYS FOR PLAINTIFFS**